UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT WIGHTMAN-CERVANTES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ROBERT MUELLER, in his official capacity as Director,**<br>**Federal Bureau of Investigation, et al.**<br><br>**Defendants.** | Civil Action No. 10-00238 (JDB) |

## ORDER

Upon consideration of [4] defendants' motion to dismiss the complaint, and for the reasons explained in the accompanying Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [4] the motion to dismiss is **GRANTED**.

/s/
JOHN D. BATES
United States District Judge

Dated: November 12, 2010